125 A.3d 390

PATRICIA GILLERAN, PLAINTIFF–RESPONDENT, v. THE TOWN-
SHIP OF BLOOMFIELD AND LOUISE M. PALAGANO, IN HER
CAPACITY AS RECORDS CUSTODIAN FOR THE TOWNSHIP
OF BLOOMFIELD, DEFENDANTS–MOVANTS.

November 6, 2015.

It is ORDERED that the motion for leave to appeal is granted.